PD1396-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 4/22/2015 4:53:14 PI
Accepted 4/23/2015 7:41:22 AI
ABEL ACOST,
CLER

Cause No. PD-1396-14 4/27/2015

# IN THE TEXAS COURT OF CRIMINAL APPEALS

| | |
|---|---|
| JON THOMAS FORD, **Petitioner,** | § FROM THE FOURTH COURT OF § APPEALS, SAN ANTONIO, TEXAS § No. 04-12-00317-CR |
| **vs.** | § |
| | § [On Appeal from Cause No. |
| THE STATE OF TEXAS, **Respondent.** | § 2010-CR-7741 in the 186th Dist. Court, § Bexar County, San Antonio, Texas] |

## PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED BRIEF ON PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES Petitioner, JON THOMAS FORD, by and through his undersigned counsel and pursuant to Rule 38.7 of the Texas Rules of Appellate Procedure files this unopposed motion for leave to file his Amended Brief on Petition for Discretionary Review, attached here, to withdraw Ground three from the original brief filed. In support of same, the Petitioner will show as follows:

1. Undersigned counsel has conferred with Assistant District Attorney Jay Brandon and he does not oppose this motion.

2. Undersigned counsel neglected to carefully read the postcard granting grounds on Petition for Discretionary Review and believed that the Court

granted Grounds one, two and three, based on her oversight and quick cursory reading of the postcard.

3. After reading the State's brief that Ground three was not granted, undersigned counsel re-read the postcard granting Petition for Discretionary Review and acknowledges that the postcard granted Grounds one and two only.

4. Therefore, undersigned counsel apologizes to this Court and to Assistant District Attorney Jay Brandon for any inconvenience this may have caused.

5. Undersigned counsel requests leave to file an amended brief withdrawing Ground three and it's briefing, consisting of two and one-half pages and a one paragraph summary of the argument.

6. The amended brief, removing only those matters, is attached to this motion for leave for filing and for the convenience of the Court.

WHEREFORE PREMISES CONSIDERED, Petitioner respectfully prays that this Honorable Court grant this unopposed motion and file his Amended Brief on Petition for Discretionary Review.

Respectfully Submitted:

____/s/Cynthia E. Orr_____
Cynthia E. Orr
Bar No. 15313350

GOLDSTEIN, GOLDSTEIN & HILLEY

2

310 S. St. Mary's St.
29th Floor Tower Life Bldg.
San Antonio, Texas 78205
210-226-1463
210-226-8367 facsimile
whitecollarlaw@gmail.com

Attorney for Petitioner,
JON THOMAS FORD

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel has conferred with Assistant District Attorney Jay Brandon and he does not oppose this motion.

_____/s/Cynthia E. Orr_____
Cynthia E. Orr

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above Unopposed Motion has been sent *via* E-file.Texas.gov, as registered participants, on this the 22nd day of April, 2015 to the following:

Nicolas LaHood
District Attorney
Jay Brandon
Assistant District Attorney
Paul Elizondo Tower
101 West Nueva, Fourth Floor
San Antonio, Texas 78205
E-mail: jay.brandon@bexar.org,

_____/s/Cynthia E. Orr_____
Cynthia E. Orr

3